# PECHMAN LAW GROUP PLLC
### ATTORNEYS AT LAW

488 MADISON AVENUE
NEW YORK, NEW YORK 10022
(212) 583-9500
WWW.PECHMANLAW.COM

December 6, 2017

**VIA ECF**

Honorable Ramon E. Reyes, Jr.
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East, Rm. N208
Brooklyn, New York 11201

      Re:    *Cortes, et al. v. Juquila Mexican Cuisine Corp., et al.*
             17 Civ. 3942 (ARR)(RER)

Dear Judge Reyes:

      We are the attorneys for the Plaintiffs in the above-referenced matter. We write to inform the Court that opt-in plaintiff Blanca Nelly Reyes Ayala will not be able to attend the settlement conference scheduled for December 7, 2017 at 2:00 p.m.

      As discussed on the telephone with Your Honor's law clerk, Ms. Ayala cannot attend the conference because she just gave birth and is bedridden recovering from a cesarean section. She will, however, be available by phone. All of the other plaintiffs will attend the conference. We have informed defense counsel of Ms. Ayala's absence.

      We apologize for any inconvenience and thank the Court for its consideration to this matter. Please let us know if any further information is needed.

                                                  Respectfully submitted,

                                                Laura Rodríguez

cc:  Martin Restituyo, Esq. (via ECF)