# PECHMAN LAW GROUP PLLC
### ATTORNEYS AT LAW

488 MADISON AVENUE
NEW YORK, NEW YORK 10022
(212) 583-9500
WWW.PECHMANLAW.COM

August 1, 2018

**VIA ECF**

Honorable Allyne R. Ross
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, New York 11201

    Re: *Cortes, et al. v. Juquila Mexican Cuisine Corp., et al.*
        17 Civ. 3942 (ARR)(RER)

Dear Judge Ross:

    We are the attorneys for the Plaintiffs in the above-referenced matter. We submit this letter jointly with Defendants to inform the Court that the parties are close to reaching a settlement of this case. To date, the parties have reached an agreement on the amount of the settlement and are working to finalize the other settlement terms, including payment schedule.

    Because the parties are endeavoring to reach a full settlement, we ask for a 14-day extension of time to submit the Joint Pretrial Order that is currently due on August 3, 2018. Defendants This is the parties' first request for an extension of time to submit the Pretrial Order.

    We thank the Court for its consideration to this matter and are available to submit more information as needed.

Respectfully submitted,

Louis Pechman

cc: Martin Restituyo, Esq. (via ECF)