UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

PAMELLA CORTES, LETICIA GONZALEZ, and ARIANA REYES, on behalf of themselves and others similarly situated,

Plaintiffs,

-against-

JUQUILA MEXICAN CUISINE CORP. d/b/a JUQUILA MEXICAN CUISINE, JUQUILA KITCHEN AND BAR CORP. d/b/a JUQUILA KITCHEN & BAR, TEOFILA MENDEZ, and CRISTOBAL BONILLA,

Defendants.

Case No. 1:17-CV-03942

AFFIDAVIT IN SUPPORT OF MOTION TO WITHRAW

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF QUEENS     )

CRISTOBAL BONILLA, being duly sworn deposes and says:

1. I am personally named as a defendant in this action. In addition, I am the owner of JUQUILA MEXICAN CUISINE CORP. d/b/a JUQUILA MEXICAN CUISINE., which is the only remaining corporate defendant in this case. I have also consulted with my wife, defendant TEOFILA MENDEZ, regarding the instant matter. Thus, I speak for all the remaining defendants in this case (hereinafter "Defendants").

2. I submit this affidavit in support of the motion by my current counsel, the Law Offices of Martin E. Restituyo, P.C. ("Defendants' Counsel") to withdraw from this action.

3. Defendants' Counsel and I have divergent and irreconcilable views on the appropriate strategy to employ in this litigation, and recent communications have further confirmed the erosion of the attorney-client relationship.

4. I explained that I will not pay for any subsequent legal work that Defendants' Counsel may perform on Defendants' behalf and Defendants' Counsel should not expect to be compensated for work performed on the trial of this action.

5. Therefore, for the above referenced reasons, I consent to the withdrawal of my current legal counsel.

6. In addition, I request time to find alternate counsel to represent the Defendants in this matter.

_____
Cristobal Bonilla

Sworn before me this
17th day of August 2018

_____
Notary Public

RENZO C CHUMBIAUCA
Notary Public, State of New York
Registration #01CH6304744
Qualified In Queens County
Commission Expires June 2, 2022

2