**LAW OFFICES OF MARTIN E. RESTITUYO, P.C.**
1345 Avenue of the Americas, 2nd Floor, New York, New York 10105

Martin E. Restituyo
Tel: 212-729-7900
Fax: 212-729-7490
restituyo@restituyolaw.com

September 7, 2018

**VIA ECF**

The Honorable Ramon E. Reyes, Jr.
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East, Rm. N208
Brooklyn, New York 11201

      **Re:**    *Cortes v Juquila Mexican Cuisine Corp.*; 1:17-cv-3942 (ARR)(RER)

Dear Judge Reyes:

    Defendants write to provide the Court with an update regarding settlement as per Your Honor's order dated August 30, 2018.

    After consulting with the attorney handling Juquila Mexican Cuisine's bankruptcy case, I learned that Defendants cannot commit to any offer of settlement at this time because it would first have to be approved by the bankruptcy court and by the other creditors in that proceeding.

    I informed counsel for Plaintiffs of this fact and passed along the message that in a few weeks the bankruptcy attorney will be calling to see if a deal can be worked out.

    Unfortunately, that means that I am not in a position to settle this matter and I cannot assist Defendants any further with this litigation. I beg the court to reconsider my motion for withdrawal.

Thank you for your attention to this matter.

Respectfully submitted,

Martin E. Restituyo, Esq.