# PECHMAN LAW GROUP PLLC
### ATTORNEYS AT LAW

**488 MADISON AVENUE**
**NEW YORK, NEW YORK 10022**
**(212) 583-9500**
**WWW.PECHMANLAW.COM**

November 30, 2018

**VIA ECF**

Honorable Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Cortes, et al. v. Juquila Mexican Cuisine Corp., et al.*
      17 Civ. 3942 (ARR)(RER)

Dear Judges Reyes:

We are the attorneys for the Plaintiffs in the above-referenced matter. Per the Court's instruction, we write to update the Court regarding the status of the parties' settlement agreement. The parties are still in the process of drafting the settlement agreement but expect to have it finalized and executed by December 14, 2018. We therefore respectfully request permission to submit the agreement for review by Your Honor on or before December 14, 2018.

We thank the Court for its attention to this matter.

Respectfully submitted,

Laura Rodríguez

cc: Cristobal Bonilla (via US Mail)
    Teofila Mendez (via US Mail)
    Norma Ortiz (via ECF)