# EXHIBIT A

*Cortes, et al. v. Juqila Mexican Cuisine Corp., et al. - 17 Civ. 03942 (RER)*

**Privileged and Confidential**
**For Settlement Purposes Only, Pursuant to FRE 408**

| Plaintiff | Shift(s) Worked Per Week | Period From | Period To | Weeks in Period | Number of Days Per Week Worked | Plaintiff's Scheduled Hours Per Week | Estimate of Actual Hours Worked Per Week | Hours Shaved Per Week | Full Minimum Hourly Wage Rate | Full Overtime Hourly Wage Rate Due | Hourly Wage Rate Paid | Minimum Wages Owed Per Week | Overtime Wages Owed Per Week | Spread of Hours Pay Owed Per Period | Total Wages Owed Per Period | Uniform Deductions | Customer Walk-outs and Returned Items | Estimated Tip Misappropriation Per Week | Estimated Tip Misappropriation Per Period | Federal Liquidated Damages | New York Liquidated Damages | NYLL Interest Due | WTPA Damages | Sex Discrimination Liquidated Damages | Total Damages Per Period | Total Due to Plaintiff | TOTAL* $252,123.48 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Pamella Cortes** | Overnight | 1/1/16 | 4/15/16 | 15 | 6 | 42 | 51.00 | 9.00 | $9.00 | $13.50 | $4.50 | $180.00 | $139.50 | | $4,792.50 | $90.00 | $360.00 | $220.00 | $5,720.00 | $4,792.50 | $4,792.50 | $1,379.40 | $5,000.00 | $1,389.00 | $23,523.40 | $36,812.40 | *Attorneys' fees and costs not included in total.* |
| | Daytime &/or Evening | 4/16/16 | 6/30/16 | 4 | 6 | 42 | 51.00 | 9.00 | $9.00 | $13.50 | $4.50 | $180.00 | $139.50 | | $1,278.00 | | | $220.00 | | $1,278.00 | $1,278.00 | | $5,000.00 | | $7,556.00 | | |
| | Double Shifts during 4/16/16-6/30/16 period | | | 7 | 6 | 51 | 60.00 | 9.00 | $9.00 | $13.50 | $4.50 | $180.00 | $220.50 | $63.00 | $2,866.50 | | | $220.00 | | $2,803.50 | $2,866.50 | | | | $5,733.00 | | |
| **Leticia Gonzalez** | Daytime | 9/15/15 | 9/29/15 | 2 | 5 | 40 | 47.50 | 7.50 | $8.75 | $13.13 | $4.50 | $170.00 | $98.44 | | $536.88 | $130.00 | $450.00 | $195.00 | $14,400.00 | $536.88 | $536.88 | $2,997.50 | $5,000.00 | $3,312.00 | $27,363.25 | $75,507.13 | |
| | Overnight | 9/30/15 | 10/31/15 | 4 | 6 | 42 | 51.00 | 9.00 | $8.75 | $13.13 | $4.50 | $170.00 | $135.38 | | $1,221.50 | | | $220.00 | | $1,221.50 | $1,221.50 | | $5,000.00 | | $7,443.00 | | |
| | Overnight | 11/1/15 | 12/31/15 | 5 | 7 | 49 | 59.50 | 10.50 | $8.75 | $13.13 | $4.50 | $170.00 | $215.44 | | $1,927.19 | | | $255.00 | | $1,927.19 | $1,927.19 | | | | $3,854.38 | | |
| | Overnight | 1/1/16 | 4/1/16 | 13 | 7 | 49 | 59.50 | 10.50 | $9.00 | $13.50 | $4.50 | $180.00 | $222.75 | | $5,235.75 | | | $255.00 | | $5,235.75 | $5,235.75 | | | | $10,471.50 | | |
| | Overnight | 4/2/16 | 10/31/16 | 30 | 6 | 42 | 51.00 | 9.00 | $9.00 | $13.50 | $4.50 | $180.00 | $139.50 | | $9,585.00 | | | $230.00 | | $9,585.00 | $9,585.00 | | | | $19,170.00 | | |
| | Overnight + Cashier | 11/1/16 | 12/10/16 | 7 | 6 | 42.5 | 51.50 | 9.00 | $9.00 | $13.50 | $1.99 | $280.47 | $150.28 | $63.00 | $3,078.25 | | | $205.00 | | $3,015.25 | $3,078.25 | | | | $6,156.50 | | |
| | Overnight + Cashier | 12/13/16 | 12/17/16 | 1 | 6 | 42.5 | 51.50 | 9.00 | $9.00 | $13.50 | $0.00 | $360.00 | $155.25 | $9.00 | $524.25 | | | $205.00 | | $515.25 | $524.25 | | | | $1,048.50 | | |
| **Ariana Reyes** | Daytime | 7/1/16 | 11/30/16 | 12 | 5 | 40 | 47.50 | 7.50 | $9.00 | $13.50 | $4.50 | $180.00 | $101.25 | | $3,375.00 | $100.00 | $300.00 | $195.00 | $5,985.00 | $3,375.00 | $3,375.00 | $987.84 | $5,000.00 | $1,424.50 | $20,547.34 | $36,987.34 | |
| | Daytime &/or Evening during 7/1/16 to 11/30/16 period | | | 9 | 6 | 42 | 51.00 | 9.00 | $9.00 | $13.50 | $4.50 | $180.00 | $139.50 | $81.00 | $2,956.50 | | | $220.00 | | $2,875.50 | $2,956.50 | | $5,000.00 | | $10,913.00 | | |
| | Overnight | 12/1/16 | 12/31/16 | 2 | 5 | 35 | 42.50 | 7.50 | $9.00 | $13.50 | $4.50 | $202.50 | $33.75 | | $472.50 | | | $195.00 | | $472.50 | $472.50 | | | | $945.00 | | |
| | Double Shifts during 12/1/16-12/31/16 period | | | 2 | 6 | 72 | 81.00 | 9.00 | $9.00 | $13.50 | $4.50 | $180.00 | $409.50 | $18.00 | $1,197.00 | | | $230.00 | | $1,224.00 | $1,197.00 | | | | $2,394.00 | | |
| | Overnight | 1/1/17 | 2/22/17 | 3 | 4 | 35 | 41.00 | 6.00 | $11.00 | $16.50 | $4.50 | $282.50 | $16.50 | | $897.00 | | | $195.00 | | $897.00 | $897.00 | | | | $1,794.00 | | |
| | Overnight | 2/23/17 | 3/1/17 | 1 | 3 | 21 | 25.50 | 4.50 | $11.00 | $16.50 | $4.50 | $186.00 | $0.00 | $11.00 | $197.00 | | | $230.00 | | $186.00 | $197.00 | | | | $394.00 | | |
| **Lucia Rivera** | Daytime | 9/19/16 | 9/26/16 | 1 | 5 | 40 | 47.50 | 7.50 | $9.00 | $13.50 | $4.50 | $180.00 | $101.25 | | $281.25 | $95.00 | $80.00 | $195.00 | $6,355.00 | $281.25 | $281.25 | $794.13 | $5,000.00 | $1,424.50 | $6,531.63 | $31,776.63 | |
| | Daytime &/or Evening | 9/27/16 | 10/31/16 | 5 | 6 | 42 | 51.00 | 9.00 | $9.00 | $13.50 | $4.50 | $180.00 | $139.50 | | $1,597.50 | | | $220.00 | | $1,597.50 | $1,597.50 | | $5,000.00 | | $8,195.00 | | |
| | Overnight | 11/1/16 | 12/31/16 | 9 | 6 | 42 | 51.00 | 9.00 | $9.00 | $13.50 | $4.50 | $180.00 | $139.50 | $27.00 | $2,902.50 | | | $230.00 | | $2,875.50 | $2,902.50 | | | | $5,805.00 | | |
| | Overnight | 1/1/17 | 4/1/17 | 13 | 6 | 42 | 51.00 | 9.00 | $11.00 | $16.50 | $4.50 | $260.00 | $172.50 | | $5,622.50 | | | $230.00 | | $5,622.50 | $5,622.50 | | | | $11,245.00 | | |
| **Blanca Nelly Ayala** | Calculated using records submitted as Exhibits 1&2 | 6/7/16 | 6/30/16 | 3 | 6 | 40 | 49.00 | 9.00 | $9.00 | $13.50 | $4.50 | $180.00 | $121.50 | | $904.50 | $100.00 | $310.00 | $220.00 | $13,035.00 | $904.50 | $904.50 | $1,668.48 | $5,000.00 | $3,131.50 | $25,053.98 | $71,039.98 | |
| | | 7/1/16 | 9/25/16 | 12 | 5 | 40 | 47.50 | 7.50 | $9.00 | $13.50 | $4.50 | $180.00 | $101.25 | $9.00 | $3,384.00 | | | $195.00 | | $3,375.00 | $3,384.00 | | $5,000.00 | | $11,768.00 | | |
| | | 9/26/16 | 10/2/16 | 1 | 6 | 43 | 52.00 | 9.00 | $9.00 | $13.50 | $4.50 | $180.00 | $135.00 | | $315.00 | | | $220.00 | | $315.00 | $315.00 | | | | $630.00 | | |
| | | 10/3/16 | 12/4/16 | 9 | 6 | 46 | 55.00 | 9.00 | $9.00 | $13.50 | $4.50 | $180.00 | $148.50 | | $2,956.50 | | | $220.00 | | $2,956.50 | $2,956.50 | | | | $5,913.00 | | |
| | | 12/5/16 | 12/11/16 | 1 | 5 | 40 | 47.50 | 7.50 | $9.00 | $13.50 | $4.50 | $180.00 | $101.25 | | $281.25 | | | $195.00 | | $281.25 | $281.25 | | | | $562.50 | | |
| | | 12/12/16 | 12/25/16 | 2 | 6 | 48 | 57.00 | 9.00 | $9.00 | $13.50 | $4.50 | $180.00 | $157.50 | | $675.00 | | | $220.00 | | $675.00 | $675.00 | | | | $1,350.00 | | |
| | | 12/26/16 | 1/1/17 | 1 | 6 | 55 | 64.00 | 9.00 | $9.00 | $13.50 | $4.50 | $180.00 | $189.00 | $9.00 | $378.00 | | | $220.00 | | $369.00 | $378.00 | | | | $756.00 | | |
| | | 1/2/17 | 1/8/17 | 1 | 6 | 46 | 55.00 | 9.00 | $11.00 | $16.50 | $4.50 | $260.00 | $181.50 | | $441.50 | | | $220.00 | | $441.50 | $441.50 | | | | $883.00 | | |
| | | 1/9/17 | 1/15/17 | 1 | 6 | 43 | 52.00 | 9.00 | $11.00 | $16.50 | $4.50 | $260.00 | $165.00 | | $425.00 | | | $220.00 | | $425.00 | $425.00 | | | | $850.00 | | |
| | | 1/16/17 | 1/22/17 | 1 | 5 | 32 | 39.50 | 7.50 | $11.00 | $16.50 | $4.50 | $290.50 | $0.00 | | $290.50 | | | $195.00 | | $290.50 | $290.50 | | | | $581.00 | | |
| | | 1/23/17 | 2/5/17 | 2 | 6 | 46 | 55.00 | 9.00 | $11.00 | $16.50 | $4.50 | $260.00 | $181.50 | | $883.00 | | | $220.00 | | $883.00 | $883.00 | | | | $1,766.00 | | |
| | | 2/6/17 | 2/12/17 | 1 | 5 | 38 | 45.50 | 7.50 | $11.00 | $16.50 | $4.50 | $269.00 | $90.75 | | $359.75 | | | $195.00 | | $359.75 | $359.75 | | | | $719.50 | | |
| | | 2/13/17 | 2/19/17 | 1 | 6 | 50 | 59.00 | 9.00 | $11.00 | $16.50 | $4.50 | $260.00 | $203.50 | $11.00 | $474.50 | | | $220.00 | | $463.50 | $474.50 | | | | $949.00 | | |
| | | 2/20/17 | 2/26/17 | 1 | 5 | 40 | 47.50 | 7.50 | $11.00 | $16.50 | $4.50 | $260.00 | $123.75 | | $383.75 | | | $195.00 | | $383.75 | $383.75 | | | | $767.50 | | |
| | | 2/27/17 | 3/12/17 | 2 | 6 | 44 | 53.00 | 9.00 | $11.00 | $16.50 | $4.50 | $260.00 | $170.50 | | $861.00 | | | $220.00 | | $861.00 | $861.00 | | | | $1,722.00 | | |
| | | 3/13/17 | 3/19/17 | 1 | 5 | 36 | 43.50 | 7.50 | $11.00 | $16.50 | $4.50 | $278.00 | $57.75 | | $335.75 | | | $195.00 | | $335.75 | $335.75 | | | | $671.50 | | |
| | | 3/20/17 | 3/26/17 | 1 | 6 | 51 | 60.00 | 9.00 | $11.00 | $16.50 | $4.50 | $260.00 | $209.00 | $11.00 | $480.00 | | | $220.00 | | $469.00 | $480.00 | | | | $960.00 | | |
| | | 3/27/17 | 4/2/17 | 1 | 6 | 44 | 53.00 | 9.00 | $11.00 | $16.50 | $4.50 | $260.00 | $170.50 | | $430.50 | | | $220.00 | | $430.50 | $430.50 | | | | $861.00 | | |
| | | 4/3/17 | 5/21/17 | 7 | 6 | 42 | 51.00 | 9.00 | $11.00 | $16.50 | $4.50 | $260.00 | $159.50 | $11.00 | $2,947.50 | | | $220.00 | | $2,936.50 | $2,947.50 | | | | $5,895.00 | | |
| | | 4/10/17 | 4/16/17 | 1 | 6 | 44 | 53.00 | 9.00 | $11.00 | $16.50 | $4.50 | $260.00 | $170.50 | | $430.50 | | | $220.00 | | $430.50 | $430.50 | | | | $861.00 | | |
| | | 4/17/17 | 4/23/17 | 1 | 6 | 42 | 51.00 | 9.00 | $11.00 | $16.50 | $4.50 | $260.00 | $159.50 | | $419.50 | | | $220.00 | | $419.50 | $419.50 | | | | $839.00 | | |
| | | 4/24/17 | 5/21/17 | 4 | 6 | 42 | 51.00 | 9.00 | $11.00 | $16.50 | $4.50 | $260.00 | $159.50 | | $1,678.00 | | | $220.00 | | $1,678.00 | $1,678.00 | | | | $3,356.00 | | |
| | | 5/22/17 | 6/4/17 | 2 | 5 | 34 | 41.50 | 7.50 | $11.00 | $16.50 | $4.50 | $287.00 | $24.75 | | $623.50 | | | $195.00 | | $623.50 | $623.50 | | | | $1,247.00 | | |
| | | 6/5/17 | 6/11/17 | 1 | 4 | 27 | 33.00 | 6.00 | $11.00 | $16.50 | $7.50 | $160.50 | $0.00 | | $160.50 | | | $170.00 | | $160.50 | $160.50 | | | | $321.00 | | |
| | | 6/12/17 | 6/18/17 | 1 | 4 | 36 | 42.00 | 6.00 | $11.00 | $16.50 | $7.50 | $170.00 | $33.00 | | $203.00 | | | $170.00 | | $203.00 | $203.00 | | | | $406.00 | | |
| | | 6/19/17 | 7/2/17 | 2 | 4 | 33 | 39.00 | 6.00 | $11.00 | $16.50 | $7.50 | $181.50 | $0.00 | | $363.00 | | | $170.00 | | $363.00 | $363.00 | | | | $726.00 | | |
| | | 7/3/17 | 7/16/17 | 2 | 3 | 30.5 | 35.00 | 4.50 | $11.00 | $16.50 | $7.50 | $156.25 | $0.00 | | $312.50 | | | $145.00 | | $312.50 | $312.50 | | | | $625.00 | | |